```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                        2005 AUG 17  AM 8:37

                                          LORETTA G. WHYTE
                                               CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLAUDE BLATCHER                                   CIVIL ACTION

VERSUS                                            NO. 05-105

DEPUTY DONALD JACOBS ET AL.                       SECTION "I" (2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by the defendant, the State of Louisiana through the Louisiana State University Board of Supervisors on behalf of Arther Mauterer, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion of defendant, Dr. Arther Mauterer, to dismiss pursuant to Rule 12(b)(6) is hereby **GRANTED IN PART** as to plaintiff's state law claims in that his state law claims are DISMISSED WITHOUT PREJUDICE for failure to exhaust

```
___ Fee_____
_/ Process_____
X/ Dktd_____
 √ CtRmDep_____
___ Doc. No._____
```

state law administrative proceedings, but **DENIED IN PART** as to plaintiff's claim for violation of his constitution rights under 42 U.S.C. § 1983.

New Orleans, Louisiana, this \_\_\_16\_\_\_ day of \_\_\_\_Aug._____, 2005.

_____
UNITED STATES DISTRICT JUDGE