FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 15  AM 2: 16

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

CLAUDE BLATCHER                                CIVIL ACTION

VERSUS                                         NO. 05-105

DEPUTY DONALD JACOBS ET AL.                    SECTION "I" (2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the

Report and Recommendation of the United States Magistrate Judge, and the failure of

defendant to file an objection to the Magistrate Judge's Report and Recommendation,

hereby approves the Report and Recommendation of the United States Magistrate Judge

and adopts it as its opinion in this matter.  Therefore, **IT IS ORDERED** that the motion

of defendant, Dr. Arthur Mauterer, for summary judgment pursuant to Rule 56 is hereby

**DENIED**.

New Orleans, Louisiana, this ___4___ day of ___March___, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____