UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDE BLATCHER | CIVIL ACTION |
| VERSUS | NO. 05-105 |
| DEPUTY DONALD JACOBS ET AL. | SECTION "I" (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Claude Blatcher, which is hereby **OVERRULED**, approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's claims against Tangipahoa Parish Sheriff's Deputy Donald Jacob, Deputy Michael Cowart, Sergeant Lavoice Harvey and Arthur Mauterer, M.D., are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this    8th    day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE